IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ELLIS-HALL CONSULTANTS, LLC; a Utah limited liability company; and ANTHONY HALL, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> GEORGE B. HOFFMAN IV, an individual; PARSONS KINGHORN HARRIS NKA COHNE KINGHORN, P.C., a Utah professional corporation; MATTHEW M. BOLEY, an individual; KIMBERLY L. HANSEN, an individual; GARY E. JUBBER, an individual; and DAVID R. HAGUE, an individual, FABIAN & CLENDENIN NKA FABIAN VANCOTT, P.C., a Utah professional corporation, <br><br> Defendants. | ORDER AFFIRMING MAGISTRATE JUDGE PEAD'S RULING AND ORDER ISSUED ON JULY 30, 2019 <br><br> Consolidated Case No. 2:12-CV-771 <br><br> (Consolidated from Case No. 2:15-CV-913) <br><br> Judge Dee Benson |
| In re: <br><br> RENEWABLE ENERGY DEVELOPMENT CORPORATION, <br><br> Debtor, <br><br><br> ELIZABETH R. LOVERIDGE, Chapter 7 Trustee, <br><br> Plaintiff, <br> v. <br><br> TONY HALL; ELLIS-HALL CONSULTANTS, LLC; SUMMIT WIND POWER, LLC, SSP, A Trust (Scott Rasmussen – Trustee), and DOES I-X, <br><br> Defendants. | |

| | |
|---|---|
| SUMMIT WIND POWER, LLC<br><br>    Counterclaimants,<br>v.<br><br><br>GEORGE HOFMANN, Chapter 7 Trustee,<br><br>    Counterclaim Defendant. | |
| SUMMIT WIND POWER, LLC, and<br>KIMBERLY CERUTI, an individual,<br><br>    Third-Party Plaintiffs,<br><br>v.<br><br>PARSONS KINGHORN HARRIS, a<br>professional corporation; GEORGE B.<br>HOFMANN; MATTHEW BOLEY;<br>KIMBERLY L. HANSEN; VICTOR P.<br>COPELAND; LISA R. PETERSEN; and<br>MELYSSA DAVIDSON, individuals<br><br>    Third-Party Defendants. | |

This matter is before the Court on Plaintiffs' Objections to Magistrate Judge Pead's July 30, 2019 Ruling & Order (Dkt. No. 463), pursuant to Rule 72(a) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). (Dkt. No. 475.)[1]

Having reviewed Magistrate Judge Pead's July 30, 2019 Ruling and Order, Plaintiffs' specific objections thereto, the relevant filings of the parties and the arguments contained therein,

---

[1] Magistrate Judge Pead's July 30, 2019 Ruling & Order set forth Judge Pead's decision on seven (7) separate motions. (Dkt. No. 463.) Although Plaintiffs' "Objections to the Order & Ruling" (Dkt. No. 475), appear on its face to object to the entirety of the Order & Ruling, it specifically objects to Judge Pead's ruling on only five of the seven motions: Plaintiffs' Motion to Compel (Dkt. No. 408); Defendants' Motion for Protective Order (Dkt. No. 419); Defendants' Motion to Compel (Dkt. No. 409); Plaintiffs' Motion to Stay or Extend Expert Deadlines (Dkt. No. 449); and Plaintiffs' Motion for a Protective Order (Dkt. No. 456). (*See* Dkt. No. 475, Plaintiffs' Objections.)

as well as having listened to the parties' oral arguments at the July 29, 2019 hearing, the

Plaintiffs' objections are OVERRULED. The Court finds no basis for concluding that the

Magistrate Judge's Ruling & Order is clearly erroneous or contrary to law. 28 U.S.C. §

636(b)(1).

Therefore, it is hereby ORDERED:

1.  Plaintiffs' Objections are OVERRULED; and

2.  Magistrate Judge Pead's July 30, 2019 Ruling and Order is AFFIRMED in its
    entirety.

DATED this 6th day of September, 2019.

BY THE COURT:

Dee Benson
United States District Judge